### WOODALL *v.* WOODALL.

BECK, J. It appearing that the bill of exceptions in this case was signed and certified on the 10th day of December, 1914, and that it was not served on the opposite party until January 13, 1915, the motion to dismiss, based upon a failure to serve within the time prescribed by law, there being no acknowledgment of service by the defendant in error or her attorney, must be sustained.

*Writ of error dismissed. All the Justices concur, except Fish, C. J., absent.*

JANUARY 11, 1916.

From Taylor superior court. Motion to dismiss.

*W. D. Crawford,* for plaintiff in error. *C. W. Foy,* contra.